No. 77–5382.   JUZENAS *v.* CITY OF SOUTHFIELD.   Cir. Ct., Oakland County, Mich.   Certiorari denied.

No. 77–5387.   RUDMAN *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 77–5397.   ALLEN *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 77–5403.   TRUDO *v.* UNITED STATES PAROLE COMMISSION.   C. A. 2d Cir.   Certiorari denied.

No. 77–5414.   McMILLAN *v.* HOPPER, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 77–5418.   BROOKS *v.* MISSOURI.   Ct. App. Mo., St. Louis Dist.   Certiorari denied.

No. 77–5426.   HEATH *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 77–5428.   BRUCE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 77–5454.   KELLY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–5455.   NICHOLS *v.* TREFFERT ET AL.   C. A. 7th Cir. Certiorari denied.

No. 77–5460.   WILLIAMS *v.* FLORIDA.   Dist. Ct. App. Fla., 1st Dist.   Certiorari denied.

No. 77–5506.   GATES *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 77–5508.   WOODSON *v.* ARNOLD, WARDEN.   C. A. 3d Cir.   Certiorari denied.